Douglas E. Dexter (State Bar No. 115868)
ddexter@fbm.com
Rebecca H. Stephens (State Bar No. 299234)
rstephens@fbm.com
Jaya Bajaj (State Bar No. 317909)
jbajaj@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Defendants
AMAZON WEB SERVICES, INC. and A100 US LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| SAIFULLAH KHAN,<br><br>         Plaintiff,<br><br>     vs.<br><br>AMAZON WEB SERVICES, INC., A100 US LLC; and DOES 1 through 20, inclusive,<br><br>         Defendant. | Case No.  3:19-cv-8027<br><br>**DEFENDANTS AMAZON WEB SERVICES, INC. AND A100 US LLC'S NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. §1441(b)** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT AND PLAINTIFF SAIFULLAH KHAN:

PLEASE TAKE NOTICE that Defendants AMAZON WEB SERVICES, INC. and A100 US LLC (collectively "Amazon"), pursuant to 28 U.S.C. § 1441(b), hereby remove the above-entitled action to this Court from the Superior Court of the State of California in and for the County of Alameda.

**I.     FACTUAL AND PROCEDURAL BACKGROUND**

On October 18, 2019, Plaintiff SAIFULLAH KHAN ("Plaintiff") filed a civil complaint in the Superior Court of the State of California, County of Alameda, entitled *Saifullah Khan v. Amazon Web Services, Inc., et al.,* Case No. RG19039632. A true and correct copy of the Complaint, together with its Civil Case Cover Sheet, is attached at **Exhibit A** (hereinafter the

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

37904\12823078.1

DEFENDANTS' NOTICE OF REMOVAL - Case No. RG19039632

"Complaint").

In his Complaint, Plaintiff alleges seven causes of action against Amazon: (1) Unfair Business Practices, (2) Failure to Prevent Discrimination & Harassment, (3) Discrimination (Disability/Age/Ethnicity) (FEHA), (4) Business Expense Reimbursement, (5) Wrongful Termination in Violation of Public Policy, (6) Harassment, and (7) Retaliation. *See* **Exh. A**. Plaintiff seeks general and special damages, liquidated damages, unpaid wages, waiting time penalties, punitive damages, restitution, disgorgement, attorney's fees, pre and post judgment interest, punitive damages, and declaratory relief. *See* **Exh. A** at p. 12.

## II. THE NOTICE OF REMOVAL IS TIMELY

Service on Amazon was effectuated on November 7, 2019.  Thus, this Notice of Removal has been timely filed within thirty (30) days after "service on that defendant of the initial pleading." *See* 28 U.S. §1446(b)(2).[1]

## III. THIS COURT HAS DIVERSITY JURISDICTION

This case is removable because this Court has original jurisdiction based on the parties' diversity of citizenship. *See* 28 U.S.C. § 1332(a) ("The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, and is between . . . citizens of different States[.]"). First, Plaintiff and Amazon are citizens of different states. Plaintiff's Complaint alleges that he resides in Alameda County, California and has lived in Alameda County at all relevant times. *See* **Exh. A** at ¶ 1, pg. 2.

Neither Amazon Web Services, Inc. nor A100 US LLC is a citizen of California. Under 28 U.S.C. § 1332(c), a corporation "shall be deemed to be a citizen of every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business[.]" Amazon Web Services, Inc. is a Delaware corporation with its corporate headquarters and principal place of business in Washington.

---

[1] The date 30 days after November 7, 2019 is Saturday, December 7, 2019.  Pursuant to the Federal Rules of Civil Procedure, the time period to file this Notice of Removal is therefore extended to the next day that is not a Saturday or Sunday, or December 9, 2019. *See* Fed. R. Civ. P. 6(a)(1).

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

2

37904\12823078.1

DEFENDANTS' NOTICE OF REMOVAL - Case No. RG19039632

For purposes of diversity jurisdiction, "a limited liability corporation is a citizen of all of the states of which its owners/members are citizens." *Lindley Contours LLC v. AABB Fitness Holdings, Inc.*, 414 Fed. Appx. 62, 64 (9th Cir. 2011) (citation omitted). A100 US LLC is a Delaware limited liability company with its headquarters and principal place of business in Washington. Amazon Data Services, Inc. is the only member of A100 US LLC. Amazon Data Services, Inc. is a Delaware corporation with its corporate headquarters and principal place of business in Washington. Thus, diversity of citizenship exists.

In addition, the amount in controversy exceeds $75,000. Though Amazon denies that Plaintiff is entitled to any damages, Plaintiff seeks general damages, compensatory damages, punitive damages, attorney's fees, and more. *See* **Exh. A** at p. 12. California federal courts have routinely found that the amount-in-controversy requirement is satisfied in cases with similar claims. *See, e.g.*, *Rodriguez v. Home Depot, USA, Inc.*, No. 16-CV-01945-JCS, 2016 WL 3902838 (N.D. Cal. July 19, 2016) (amount-in-controversy requirement satisfied in wrongful termination case seeking lost wages, equitable relief, restitution, emotional distress damages, punitive damages, and attorneys' fees and costs); *Castanon v. International Paper Company*, No. 2:15-CV-08362-ODW, 2016 WL 589853 (C.D. Cal. Feb. 11, 2016) (amount-in-controversy requirement satisfied in disability discrimination case seeking lost earnings, emotional distress and punitive damages, and attorneys' fees); *Simmons v. PCR Technology*, 209 F. Supp. 2d 1029 (2002) (amount-in-controversy requirement satisfied in employment discrimination case seeking compensatory damages, punitive damages, emotional distress damages, injunctive relief, and attorneys' fees). Thus, removal is also proper based on this Court's diversity jurisdiction.

**IV.   VENUE AND INTRADISTRICT ASSIGNMENT**

Pursuant to 28 U.S.C. § 1441(a), "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending." This Court embraces the Superior Court of the State of California for the County of Alameda, which is where Plaintiff's Complaint was originally filed. Accordingly, this Court is the appropriate court to which to remove this action.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

3

37904\12823078.1

DEFENDANTS' NOTICE OF REMOVAL - Case No. RG19039632

## V. NOTICE OF REMOVAL

Amazon will promptly provide written notice of this Notice of Removal to Plaintiff, and will also file a copy of this Notice of Removal with the Clerk of the Superior Court of the State of California, County of Alameda.

## VI. CONCLUSION.

As detailed above, this Court has diversity jurisdiction over this action pursuant to 28 U.S.C. § 1441(b). Having fulfilled all statutory requirements, Amazon removes this action from the Superior Court of California, County of Alameda to this Court, and requests that this Court assume full jurisdiction over this matter as provided by law.

Dated: December 9, 2019    FARELLA BRAUN + MARTEL LLP

By: /s/ Douglas E. Dexter
    Douglas E. Dexter

Attorneys for Defendants
AMAZON WEB SERVICES, INC. and A100 US LLC

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

4

DEFENDANTS' NOTICE OF REMOVAL - Case No. RG19039632

37904\12823078.1